**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                     Case No. 4:13CR00104-001 KGB

BRANDON LAMONT SANDERS                                                                                DEFENDANT

**ORDER**

Defendant Brandon Lamont Sanders was previously designated to the Metropolitan Correctional Center in San Diego, California, for his psychological evaluation. The Court has received correspondence from the Warden of the facility which has been filed under seal in this matter (Dkt. No. 32). For reasons set forth in the letter, the Warden requests an extension of time in which to conduct the mental evaluation and submit the report to the Court. For good cause shown, the request is granted. Mr. Sanders's mental evaluation must be completed no later than July 14, 2014, with the report being sent to the Court and counsel within a reasonable time after the completion of the examination.

The excess time shall be excludable under the provisions of the Speedy Trial Act.

IT IS SO ORDERED this 11th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE