**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       NO. 4:13CR00104-01 KGB

BRANDON SANDERS                                                                             DEFENDANT

## ORDER

Defendant Brandon Sanders was committed to the custody of the Attorney General for a mental evaluation on April 15, 2014. The Court received the written forensic evaluations of defendant on August 4, 2014, and filed the evaluation reports under seal (Dkt. Nos. 34 and 35).

Any response to the forensic evaluations must be filed within fourteen (14) days from the date the forensic examination report is received by the Court and the parties. Any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and citation to supporting authorities. If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.

In the event counsel for the government or defendant disputes the findings in the forensic evaluation report, a motion for hearing or motion in opposition to the report, including a concise statement of opposition to the report and citation to supporting authorities, must be filed by August 18, 2014. If no motions are filed, the Court will enter an Order based on the conclusions set forth in the report.

IT IS SO ORDERED this 7th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE