IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       NO. 4:13CR00104-001 KGB

BRANDON LAMONT SANDERS                                                                   DEFENDANT

## ORDER

On August 4, 2014, the psychiatric report of defendant Brandon Lamont Sanders was filed under seal (Dkt. Nos. 34, 35). This report was prepared pursuant to this Court's Order of April 15, 2014 (Dkt. No. 30). Copies of the report were provided to counsel for the United States and counsel for Mr. Sanders. In this Court's Order of August 7, 2014, counsel were directed to file a motion for hearing regarding any issues in the report or to file a motion in opposition to the report within 14 days from receipt of the report (Dkt. No. 36). No opposition to the psychiatric report has been filed, and no hearing has been requested. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 3rd day of September, 2014.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE